

FILED
IN CLERK'S OFFICE

2005 APR 28 A 9: 40

U.S. DISTRICT
DISTRICT OF

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC. ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> BARGMANN, HENDRIE + ARCHETYPE, INC.; ) <br> GWATHMEY SIEGEL & ASSOCIATES ARCHITECTS, LLC.;) <br> & SCENIC TECHNOLOGIES, ) <br> a division of PRODUCTION RESOURCE GROUP, LLC ) <br>     Defendants ) | CIVIL ACTION NO. <br> 05-30105 KPN <br><br><br><br><br><br><br> APRIL 27, 2005 |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF STEVEN B. KAPLAN, ESQ.

Plaintiff in this action, Electrical Contractors, Inc., by its undersigned counsel who has appeared in this case, hereby moves pursuant to Local Rule 83.5.3, that Steven B. Kaplan, Esq., be granted leave to appear and represent plaintiff in this action before this Court. As per the attached certificate, Attorney Kaplan is a member in good standing of the state and federal bars for Connecticut, there are no disciplinary proceedings pending against him in any jurisdiction, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Attorney Kaplan's familiarity with the detailed facts of this case should assist plaintiff, and this Court, in its efficient resolution.



Dated at Hartford, Connecticut this 27th day of April, 2005.

PLAINTIFF, ELECTRICAL CONTRACTORS, INC.

By: *[signature]*

Christopher W. Huck
BBO #567259
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel:   (860)522-1243
Fax:   (860)548-0194
Email: cwhuck@snet.net

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC. ) | CIVIL ACTION NO. |
|    Plaintiff ) | |
| v. ) | |
| ) | |
| BARGMANN, HENDRIE + ARCHETYPE, INC.; ) | |
| GWATHMEY SIEGEL & ASSOCIATES ARCHITECTS, LLC.;) | |
| & SCENIC TECHNOLOGIES, ) | |
|   a division of PRODUCTION RESOURCE GROUP, LLC ) | |
|    Defendants ) | APRIL 27, 2005 |

## AFFIDAVIT OF STEVEN B. KAPLAN

STATE OF CONNECTICUT)
                          ) ss. Hartford   April 27, 2005
COUNTY OF HARTFORD )

I, Steven B. Kaplan, being duly sworn, depose and say:

1. I am over the age of eighteen, believe in the obligations of an oath, and am competent to testify as to the matters stated herein.

2. I make this affidavit on personal knowledge;

3. I was admitted into the Bar of the United States District Court, District of Connecticut on December 13, 1982, and I remain a member in good standing of that bar;

4. I was admitted into the Bar of the United States Court of Appeals, Second Circuit, on June 20, 1983, and I remain a member in good standing of that bar;

5. I was admitted into the Bar of the State of Connecticut on October 27, 1982, and I remain a member in good standing of that bar;

6. There are no disciplinary proceedings pending against me in the bar of any jurisdiction;

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

8. I am familiar with the complex facts of the instant case, and believe that my representation of the plaintiff in this matter before this Court will assist the Court and the plaintiff in the efficient resolution of this matter.

Further, Affiant sayeth not.

Steven B. Kaplan

On April 27, 2005, before me appeared Steven B. Kaplan, who subscribed and swore before me to the truth of the foregoing.

Christopher W. Huck
Commissioner of the Superior Court