UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------------------------------------------
| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC. | ) CIVIL ACTION |
| | ) NO. 05-30105-KPN |
| Plaintiff | ) |
| v. | ) |
| | ) |
| BARGMANN, HENDRIE + ARCHETYPE, INC.; | ) |
| GWATHMEY SIEGEL & ASSOCIATES ARCHITECTS, LLC.; | ) |
| & SCENIC TECHNOLOGIES, | ) |
| a division of PRODUCTION RESOURCE GROUP, LLC | ) |
| Defendants | ) June 24, 2005 |

## **PLAINTIFF'S REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSES**

Plaintiff, Electrical Contractors, Inc. hereby replies to the Affirmative Defenses, First through Ninth, asserted by the Defendants in this matter by their Answer of June 7, 2005 as follows:

All Affirmative Defenses, First through Ninth, are denied.

PLAINTIFF,  ELECTRICAL CONTRACTORS, INC.


*Steven B. Kaplan*
 Steven B. Kaplan
 Federal Bar # CT 06366
 Michelson, Kane, Royster & Barger, P.C.
 93 Oak Street
 Hartford, CT 06106
 Tel:   (860)522-1243
 Fax:   (860)548-0194
 Email:   sbkaplan@snet.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent, postage prepaid, on the 24th day of June, 2005, to all counsel and parties of record as follows:

    Kenneth B. Walton, Esq.
    David H. Corkum, Esq.
    Donovan Hatem, LLP
    Two Seaport Lane
    Boston, MA  02110

*Steven B. Kaplan*
Steven B. Kaplan