UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

ELECTROICAL CONTRACTORS, INC.　　　　　　　　　　　　　Check if previously referred: _____

V.　　　　　　　　　　　　　　　　　　　　　　　　　　CA/CR No. ___05-30105-MAP___

BARGMANN, HENDRIE ARCHETYPE, INC.

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge ___NEIMAN___ for the following proceedings:

(A)　　　　　　Referred for full pretrial case management, including all dispositive motions.

(B)　XX　　　　Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)　　　　　　Referred for discovery purposes only.

(D)　~~XX~~　　Referred for Report and Recommendation on:

　　　　( ) Motion(s) for injunctive relief
　　　　( ) Motion(s) for judgment on the pleadings
　　　　( ) Motion(s) for summary judgment
　　　　( ) Motion(s) to permit maintenance of a class action
　　　　( ) Motion(s) to suppress evidence
　　　　( ) Motion(s) to dismiss
　　　　( ) Post Conviction Proceedings[1]
　　　　See Documents Numbered: _____

(E)　　　　　　Case referred for events only. See Doc. No(s). _____

(F)　　　　　　Case referred for settlement.

(G)　　　　　　Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
　　　　( ) In accordance with Rule 53, F.R.Civ.P.
　　　　( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)　　　　　　Special Instructions: *Rule 16 Scheduling Conference*

July 25, 2005　　　　　　　　　　　　　　　　　By:　　/s/ Elizabeth A. French
Date　　　　　　　　　　　　　　　　　　　　　　　　 Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions