UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC.,   )<br>          Plaintiff   )<br>                         )<br>v.   )<br>                         )<br>                         )<br>BARGMANN, HENDRIE &   )<br>ARCHETYPE, INC., et al.,   )<br>          Defendants   ) | Civil Action No.  05-30105-KPN |

### SCHEDULING ORDER
September 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Defendants shall file their motion for summary judgment by September 16, 2005.

2. Plaintiff shall file its opposition to Defendants' motion by October 7, 2005.

IT IS SO ORDERED.

                                                    /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge