

RECEIVED SEP 1 2 2005 MICHELSON KANE ROYSTER & BARGER

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-30105 MAP

ELECTRICAL CONTRACTORS, INC.        )
                                    )
    Plaintiff                       )
                                    )
    v.                              )
                                    )
                                    )
BARGMANN, HENDRIE & ARCHETYPE, INC.,)
GWATHMEY, SIEGEL ASSOCIATES ARCHITECTS, )
LLC, AND SCENIC TECHNOLOGIES a division of )
PRODUCTION RESOURCE GROUP, LLC      )
                                    )
    Defendants                      )
                                    )

## PLAINTIFF'S CERTIFICATION RE: JOINT STATEMENT OF PARTIES RE: FRCP 16(b) & (c) & 26(f) & PROPOSED AGENDA FOR SCHEDULING CONFERENCE

The undersigned, Louis Bona, President of plaintiff, Electrical Contractors, Inc., hereby certifies that on behalf of the plaintiff, he has discussed with counsel the nature and basis of the parties' claims and defenses, together with the costs of conducting the full course of litigation, as well as various alternative courses. He also has discussed with counsel alternative dispute resolution to avoid litigation, and has reviewed and consented to the proposed case management plan and report submitted by counsel to the Court on August 25, 2005.

Plaintiff, Electrical Contractors, Inc.:

By: _____
Louis Bona
Its President, Duly Authorized

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel of record on the __ day of September, 2005 as follows:

Kenneth B. Walton, Esq.
David H. Corkum, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02110

_____
Steven B. Kaplan
Federal Bar # CT 06366
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860) 522-1243
Fax: (860) 548-0194
Email: sbkaplan@snet.net

2