UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30105-KPN

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC.<br>　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| BARGMANN, HENDRIE & ARCHETYPE, INC.,<br>GWATHMEY, SIEGEL ASSOCIATES ARCHITECTS,<br>LLC, AND SCENIC TECHNOLOGIES a division<br>of PRODUCTION RESOURCE GROUP, LLC<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## **AFFIDAVIT OF KENNETH B. WALTON**

I, Kenneth B. Walton, hereby depose and state as follows:

1.　I am a member in good standing of the bar in the Commonwealth of Massachusetts. I am a partner in the law firm of Donovan Hatem LLP, Two Seaport Lane, Boston, Massachusetts 02210.

2.　I represent the defendants, Bargmann, Hendrie & Archetype, Inc., Gwathmey Siegel Associates Architects, LLC and Scenic Technologies, a division of Production Resource Group, LLC, (collectively, the "Architect"), in this action.

3.　To the best of my knowledge, the documents attached as exhibits to the Architect's Motion for Summary Judgment against the plaintiff, Electrical Contractors, Inc., are true and accurate copies.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 15TH DAY OF SEPTEMBER, 2005

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth B. Walton