UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30105-KPN

ELECTRICAL CONTRACTORS, INC. )
    Plaintiff, )
)
v. )
)
BARGMANN, HENDRIE & ARCHETYPE, INC., )
GWATHMEY, SIEGEL ASSOCIATES ARCHITECTS, )
LLC, AND SCENIC TECHNOLOGIES a division )
of PRODUCTION RESOURCE GROUP, LLC )
                Defendants. )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Bargmann, Hendrie & Archetype, Inc., Gwathmey Siegel Associates Architects, LLC and Scenic Technologies a division of Production Resource Group, and their counsel, hereby certify that they have conferred:

    (a)    With a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation (including mediation); and

    (b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Bargmann Hendrie + Archetype, Inc. | Scenic Technologies a division of Production Resource Group, LLC | Gwathmey Siegel & Associates Architects LLC |
|---|---|---|
| *(signed)* Joel Bargmann | _____ Susan Eisner | _____ Denise Czar |

Attorneys for defendants

*(signed)*
David J. Hatem, BBO #225700
Kenneth B. Walton, BBO #562174
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4524
Dated: September 14, 2005

2

| | | |
|---|---|---|
| Bargmann Hendrie + Archetype, Inc. | Scenic Technologies a division of Production Resource Group, LLC | Gwathmey Siegel & Associates Architects LLC |
| _____ | _/s/ Susan Eisner_____ | _____ |
| Joel Bargmann | Susan Eisner | Denise Czar |

Attorneys for defendants

_____
David J. Hatem, BBO #225700
Kenneth B. Walton, BBO #562174
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4524
Dated: September ___, 2005

2

Bargmann Hendrie + Archetype, Inc.    Scenic Technologies a division of Production Resource Group, LLC    Gwathmey Siegel & Associates Architects LLC

_____    _____    *Denise Czar* (signed)
Joel Bargmann                      Susan Eisner                 Denise Czar

Attorneys for defendants

_____
David J. Hatem, BBO #225700
Kenneth B. Walton, BBO #562174
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4524
Dated: September ____, 2005

2

## CERTIFICATE OF SERVICE

I, Kenneth B. Walton, hereby certify that on this 19 day of September 2005, I served a copy of the foregoing pleading by mailing postage pre-paid to:

Christopher W. Huck, Esq.
Steven B. Kaplan, Esq.
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford CT 06106

*/s/ Kenneth B. Walton*
Kenneth B. Walton

22017.2/00945285

3