UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC.<br>    Plaintiff | )   CIVIL ACTION<br>)   NO. 05-30105-KPN<br>) |
| v. | )<br>) |
| BARGMANN, HENDRIE + ARCHETYPE, INC.,<br>GWATHMEY SIEGEL & ASSOCIATES ARCHITECTS,<br>LLC., AND SCENIC TECHNOLOGIES, a division of<br>PRODUCTION RESOURCE GROUP, LLC<br>    Defendants | )<br>)<br>)<br>)<br>)   OCTOBER 6, 2005 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Electrical Contractors, Inc. ("ECI") hereby objects to the motion for summary judgment dated September 15, 2005 and filed by the defendants, Bargmann, Hendrie & Archetype, Inc., Gwathmey Siegel Associates Architects, LLC and Scenic Technologies (collectively, the "Architect"). According to the Architect, ECI's lawsuit is barred by the four-year limitation period applicable to actions for restraint of trade and unfair trade practices set forth at Mass. Gen. Laws ch. 93, § 13 and ch. 260, § 5A, respectively.

The defendant's motion is without merit. ECI's cause of action did not begin to accrue until it was harmed by the Architect's violations of Massachusetts law. Since ECI's injury occurred within the four-year period prior to ECI's filing of the instant lawsuit, the action is not time-barred. Furthermore, the limitation period for actions brought pursuant to the Massachusetts Consumer Protection Act and Antitrust Act accrue from *each date* on which the Architect violated the provisions of the Acts. Since the Architect committed numerous

violations of both Acts within the four-year period prior to the filing of the instant lawsuit, the action is not time barred.

Therefore, this Court should deny the defendants' motion. At the very least, numerous genuine issues of material fact preclude the granting of summary judgment.

PLAINTIFF, ELECTRICAL CONTRACTORS, INC.

By: *STEVEN B. KAPLAN*
Steven B. Kaplan
Federal Bar # CT 06366
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel:   (860) 522-1243
Fax:   (860) 548-0194
Email: skaplan@mkrb.com

**CERTIFICATE OF SERVICE**

This is to certify that on October 6, 2005 a copy the foregoing was filed electronically with this Court and served by mail upon any counsel or party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic fling. A copy of the foregoing also was sent, postage prepaid, on the 6th day of October, 2005, to all counsel and parties of record as follows:

Kenneth B. Walton, Esq.
David H. Corkum, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA  02110

*STEVEN B. KAPLAN*
Steven B. Kaplan