UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ELECTRICAL CONTRACTORS INC**

CIVIL / CRIMINAL

CASE NO. <u>05-30105-MAP</u>

V.

**BARGMANN, HENDRIE & ARCHETYPE**

Defendant

### NOTICE

PONSOR        D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON MOTION FOR SUMMARY JUDGMENT   ON DECEMBER 13, 2005 AT  3:00 P.M.  BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

OCTOBER 20, 2005                By:   /s/Elizabeth A. French

   Date                                    Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**

Case 3:05-cv-30105-MAP    Document 23    Filed 10/20/2005    Page 2 of 2