UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC. ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARGMANN, HENDRIE & ARCHETYPE, INC., ) <br> GWATHMEY, SIEGEL ASSOCIATES ARCHITECTS, ) <br> LLC, AND SCENIC TECHNOLOGIES a division ) <br> of PRODUCTION RESOURCE GROUP, LLC ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 05-30105-KPN |

**ASSENTED TO MOTION TO CONTINUE HEARING ON MOTION FOR
SUMMARY JUDGMENT**

The defendants, Bargmann, Hendrie & Archetype, Inc., Gwathmey Siegel Associates Architects, LLC and Scenic Technologies (collectively, the "Architect"), hereby request that this Court continue the hearing on the Architect's motion for summary judgment, originally scheduled for December 13, 2005. As grounds for this motion, the Architect states that its attorney has a conflicting bench trial scheduled for December 13, 2005, in the matter of Wood Fleet Supply Company, Inc. v. Wood Waste of Boston, Inc., No. 200314CV000695 (D. Mass. filed Sept. 30, 2003), and will, therefore, be unable to attend the hearing. The plaintiff, Electrical Contractors, Inc., through its attorney, has assented to this motion. The parties' suggest rescheduling the hearing to January 4, 9, 12, or 17, of 2006, but will make every effort to comply with any alternate date the court deems proper. Neither party will be prejudiced by the allowance of this motion.

WHEREFORE, the Architect requests that this Court continue the hearing on the Architect's motion for summary judgment until a later date, which is so convenient for the Court, with preference for the dates mentioned herein.

Assented to by:
PLAINTIFF,                                          DEFENDANT,
By its attorney,                                    By its attorneys,


/s/ Steven Kaplan/KBW                               /s/Kenneth B. Walton
Steven B. Kaplan                                    David J. Hatem, BBO # 225700
Federal Bar # CT 06106                              Kenneth B. Walton, BBO # 562174
Michelson, Kane, Royster & Barger, P.C.             DONOVAN HATEM LLP
93 Oak Street                                       Two Seaport Lane
Hartford, CT 06106                                  Boston, MA 02110
Tel:   (860) 522-1243                               (617) 406-4524
Fax:   (860) 548-0194
Email: skaplan@mkrb.com

Date:  December 2, 2005                             Date:  December 2, 2005


## CERTIFICATE OF SERVICE

I, Kenneth B. Walton, hereby certify that on this 2nd day of December, 2005 I served a copy of the foregoing pleading by mailing postage pre-paid to:

Steven B. Kaplan
Federal Bar # CT 06106
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel:   (860) 522-1243
Fax:   (860) 548-0194
Email: skaplan@mkrb.com


                                                    /s/ Kenneth B. Walton

00962480