UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELECTRICAL CONTRACTORS

V.                                              CA NO  05-30105-MAP

BARGMANN, HENDRIE & ARCHETYPE, INC

SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS  to reopen the action if settlement is not consummated by the parties.

DATED   January 6, 2006

                                        SARA THORNTON
                                        CLERK

                                        /s/Elizabeth A. French
                        BY:  _____
                                        Elizabeth A. French
                                        Deputy Clerk