UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELECTRICAL CONTRACTORS, INC., <br> *Plaintiff,* <br><br> v. <br><br> BARGMANN, HENDRIE + ARCHETYPE, INC., <br> GWATHMEY, SIEGEL ASSOCIATES ARCHITECTS, <br> LLC, AND SCENIC TECHNOLOGIES a division <br> of PRODUCTION RESOURCE GROUP, LLC <br> *Defendants.* | C. A. NO. 05-30105-KPN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby agree and stipulate that all of the claims that have been, or could have been asserted, in this action are dismissed, with prejudice, without costs, each party to bear its own attorney's fees and with all rights of appeal waived.

*Plaintiff*
ELECTRICAL CONTRACTORS, INC.,
By its attorneys,

*Steven B. Kaplan*
Christopher W. Huck, Esq., BBO567259
Steven B. Kaplan, Esq.
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford CT 06106

*Defendants*
GWATHMEY SIEGEL ASSOCIATES
ARCHITECTS, LLC., and SCENIC
TECHNOLOGIES, and BARGMANN,
HENDRIE + ARCHETYPE, INC.,
By their attorneys,

David J. Hatem, BBO #225700
Kenneth B. Walton, BBO #562174
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110

Dated: February 23, 2006

00980699